IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LARRY LEE UNDERHILL,

        Plaintiff,

v.

                                                            Case No. 19-cv-816-jdp

ANDREW M. SAUL,
Commissioner of Social Security

        Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew M. Saul against plaintiff Larry Lee Underhill affirming the Commissioner's decision denying plaintiff's application for disability insurance benefits and dismissing this case.

| s/ V. Olmo, Deputy Clerk | 5/21/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |